

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Criminal No. 13-2550-3 (DEA) |
| ARIEL POTASH, | ORDER MODIFYING |
| Defendant | CONDITIONS OF RELEASE |

This matter having come before the Court upon the application of the defendant ARIEL POTASH, by his attorneys Jacob Laufer, P.C., for an order pursuant to 18 U.S.C. §3145 (a)(2) modifying his pretrial conditions of release to: 1) remove the requirement of home incarceration; 2) to permit defendant ARIEL POTASH to travel for employment related purposes in New York and New Jersey with GPS monitoring and 24 hour notice to pretrial services; and 3) to permit defendant ARIEL POTASH to attend morning and evening religious services; and the United States Attorney's Office for the District of New Jersey having no objection to such modifications, the United States Pretrial Services Agency having no objection to such modifications; and the Court being satisfied that the following modifications of the release conditions will reasonably assure the appearance of defendant ARIEL POTASH as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

WHEREFORE, it is on this 5th day of ~~January~~ Feb, 2014,

ORDERED that the conditions of release imposed upon defendant ARIEL POTASH are modified in the following respects:

1. Defendant ARIEL POTASH's release status is modified from home incarceration

1

to home detention.

2. Mr. Potash is permitted to travel beyond his current residence for employment related purposes and other activities pre-approved by pretrial services officer. He will provide itinerary of travel to discrete geographical areas to his Pretrial Services Officer 24 hours in advance. Travel limited to New York and New Jersey and monitored by GPS monitoring.

3. Mr. Potash is permitted to work at the offices of Culinary Depot, Monsey, New York, at regular and fixed dates to be approved by Pretrial Services.

4. Defendant ARIEL POTASH is permitted to attend religious services in the morning and evening with notification to Pretrial Services.

5. All other pretrial conditions to remain the same, including no contact with other defendants in this case.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

AGREED:

U.S. Attorney's Office for District of New Jersey

By: _____  Dated: Feb 4, 2014
R. Joseph Gribko
Assistant U.S. Attorney

Jacob Laufer, P.C.

By: _____  Dated: February 4, 2014
Jacob Laufer, Esq.
Attorneys for Defendant Ariel Potash

2