UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED FEB 0 5 2014 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Criminal No. 13-2550-3 (DEA) |
| ARIEL POTASH, | ORDER FOR THE RETURN OF PERSONAL PROPERTY |
| Defendant | |

This matter having come before the Court upon the application of the defendant ARIEL POTASH, by his attorneys Jacob Laufer, P.C., for an order, pursuant to Federal Rule of Criminal Procedure §41(g) for the return of Mr. Potash's personal property, for the return of items of personal property belonging to Mr. Potash, taken by federal agents at the time of his arrest; and the United States Attorney's Office for the District of New Jersey, having no objection to such relief, and for good and sufficient cause shown;

WHEREFORE, it is on this 5th day of Feb, 2014,

ORDERED that reasonably diligent efforts should be made by federal officials to retrieve and return these items to ARIEL POTASH reasonably promptly:

1. Car Registration and Insurance
2. License Plates from the front and rear bumpers of the vehicle.
3. Emergency Medical Technician ("EMT") Equipment Bag, including oxygen tank, kit and defibrillator.
4. Two-way EMT radio, belonging to Hatzalah
5. EMT License and Badge
6. 2 Hatzalah Volunteer Ambulance ID's; and it is

1

FURTHER ORDERED that, pursuant to the stipulation of defendant ARIEL POTASH, agreed to in open Court, photographic evidence of the above items shall be deemed authentic as a duplicate pursuant to Federal Rules of Evidence 1003 and 1001(e) at any trial or proceeding in this matter; and it is

FURTHER ORDERED, that the application for return of item "7," a drivers' license is denied as moot; and it is

FURTHER ORDERED, that the Government shall, pursuant to a search warrant that has been obtained by the Government, make all reasonable efforts to expedite the completion of imaging of items "8" and "9," an iPad and Laptop, respectively, and promptly thereafter shall return items "8" and "9" to ARIEL POTASH.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

AGREED:

U.S. Attorney's Office for District of New Jersey

By: _____  Dated: ~~January~~ Feb 4, 2014
R. Joseph Gribko
Assistant U.S. Attorney

Jacob Laufer, P.C.

By: _____  Dated: ~~January~~ February 4, 2014
Jacob Laufer, Esq.
Attorneys for Defendant Ariel Potash

2