UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Criminal No. 13-2550-3 (DEA) |
| ARIEL POTASH, | ORDER MODIFYING |
| Defendant | CONDITIONS OF RELEASE |

Upon the application of the defendant ARIEL POTASH, by his attorneys Jacob Laufer, P.C., for an order modifying his pretrial conditions of release to: 1) remove the requirement of home detention and GPS monitoring; 2) to permit defendant ARIEL POTASH to travel in New York and New Jersey; and 3) to permit defendant ARIEL POTASH to travel to other locations within the Continental U.S., pursuant to the approval of Pretrial Services; and the United States Attorney's Office for the District of New Jersey having no objection to such modifications, the United States Pretrial Services Agency having no objection to such modifications; and the Court being satisfied that the following modifications of the release conditions will reasonably assure the appearance of defendant ARIEL POTASH as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

WHEREFORE, it is on this 24th day of February, 2014,

ORDERED that the conditions of release imposed upon defendant ARIEL POTASH are modified in the following respects:

1. Defendant ARIEL POTASH's release status is modified to remove the home detention and GPS monitoring requirements.

2. Defendant ARIEL POTASH is permitted to travel in New York and New Jersey.

1

3.  Defendant ARIEL POTASH ~~is~~ *may be* permitted to travel to locations within the Continental U.S., with *prior* approval of Pretrial Services.

4.  All other pretrial conditions to remain in effect.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

AGREED:

U.S. Attorney's Office for District of New Jersey

By: _____          Dated: February 20, 2014
R. Joseph Gribko
Assistant U.S. Attorney


Jacob Laufer, P.C.

By: _____          Dated: February 20, 2014
Jacob Laufer, Esq.
Attorney for Defendant Ariel Potash

2