

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 13-2550(10) (DEA) |
| v. | : |
| MENDEL EPSTEIN, et al. | : CONTINUANCE ORDER |

Defendants MENDEL EPSTEIN, MARTIN WOLMARK, and JAY GOLDSTEIN, having been arrested on a criminal complaint charging the defendants with conspiracy to kidnap, in violation of Title 18, United States Code, Section 1201(c); and the defendants having appeared before the Court for an initial appearance on October 10, 2013; and the defendants and their counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the United States and the defendants request this continuance so that the parties can negotiate a plea agreement and thereby avoid a possible trial; and for good cause shown;

IT IS on this 26th day of February, 2014,

ORDERED that from the date this Order is entered, to and including March 31, 2014, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. The United States and the defendants desire time to discuss the evidence and possible plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

*[signature]*
R. Joseph Gribko
Assistant U.S. Attorney

*[signature]*
Susan R. Necheles/Noah E. Shelanski
Attorney for Defendant Mendel Epstein


Benjamin Brafman/Marc Agnifilo
Attorney for Defendant Martin Wolmark


Aidan P. O'Connor
Attorney for Defendant Jay Goldstein

*[signature]*
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
R. Joseph Gribko
Assistant U.S. Attorney


_____
Susan R. Necheles/Noah E. Shelanski
Attorney for Defendant Mendel Epstein

_____
Benjamin Brafman/Marc Agnifilo
Attorney for Defendant Martin Wolmark


_____
Aidan P. O'Connor
Attorney for Defendant Jay Goldstein


_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
R. Joseph Gribko
Assistant U.S. Attorney


_____
Susan R. Necheles/Noah E. Shelanski
Attorney for Defendant Mendel Epstein


_____
Benjamin Brafman/Marc Agnifilo
Attorney for Defendant Martin Wolmark

_____
Aidan P. O'Connor
Attorney for Defendant Jay Goldstein


_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge